IN THE DISTRICT COURT OF THE UNITED STATES
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

KENNITH WAYNE MURRAY        )
#242 351,                   )
                            )
        Plaintiff,          )
                            )
    v.                      )            2:11-CV-257-ID
                            )               (WO)
ASSIST. WARDEN KENNETH      )
SCONYERS, et al.,           )
                            )
        Defendants.         )

## O R D E R

Before the court are the Recommendation of the Magistrate Judge, (Doc. #8), and

Plaintiff's Objection, (Doc. #10).  Having conducted a de novo determination of those

portions of the Recommendation to which objections are made, it is CONSIDERED and

ORDERED as follows:

1.      Plaintiff's Objection (Doc. #10) be and the same is hereby OVERRULED;

2.      The Recommendation of the Magistrate Judge (Doc. #8) be and the same is

        hereby ADOPTED, APPROVED and AFFIRMED;

3.      This case be and the same is hereby DISMISSED with prejudice prior to

        service of process pursuant to the provisions of 28 U.S.C. §

        1915(e)(2)(B)(i) and (ii).

1

DONE this the 17th day of June, 2011.

/s/ Ira DeMent
SENIOR UNITED STATES DISTRICT JUDGE